IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,

| | | |
|---|---|---|
| **LAKEISHA RHODES** | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| | ) | Procedure or other appropriate |
| Plaintiff, | ) | law.) |
| vs. | ) | |
| | )CIVIL CASE NUMBER: 1:07CV373-mef |
| | ) | |
| **LARRY BLUMBERG AND ASSOCIATES, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

TO DEFENDANT:   LARRY BLUMBERG AND ASSOCIATES, INC.,
c/o Larry Blumberg
2980 Ross Clark CR. S.W.
Dothan, Alabama 36301

You are hereby summoned and required to serve upon plaintiff's attorney(s):

<u>Robert J. Camp, The Cochran Firm, P.C., 505 North 20th Street, Suite 825, Birmingham, Alabama 35203,</u> a response to the complaint which is herewith served upon you, within twenty (20)days after service of summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT**. A signed copy of your response **MUST** also be filed with the court.

DATE: 5-2-07

*Charlene Campbell* (signature)
for CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　_____
　　　　　　　　　Date　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.