**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Lisa D Coleman_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
L. COLEMAN

C. Date of Delivery
5/3/07 PR

1. Article Addressed to:

Larry Blumberg and Associates, Inc.,
C/O Larry Blumberg
2980 Ross Clark, CR S.W.
Dothan, Alabama 36301

07cv373

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7005 0390 0006 2343 9762

102595-02-M-1540

Domestic Return Receipt