IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAKEISHA RHODES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 1:07 CV 373 MEF |
| | ) |
| LARRY BLUMBERG & ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

## ANSWER

COMES NOW the Defendant, Larry Blumberg & Associates, Inc., through counsel, and hereby denies the allegations of Plaintiff's complaint and demands judgment in its favor and against the Plaintiff herein. In further response to the Plaintiff's Complaint, the Defendant states as follows:

### Introduction

1. The Defendant admits that Plaintiff is bringing the claims stated in Paragraph 1, but denies that she is entitled to such relief.

2. The Defendant admits that it provides certain senior management and accounting services for certain hotels in Dothan Alabama, but denies the remaining allegations of Paragraph 2.

3. The Defendant denies the allegations of Paragraph 3.

### Jurisdiction and Venue

4. The Defendant admits the allegations of Paragraph 4.

5. The Defendant admits the allegations of Paragraph 5 to the extent that venue in this district is proper, but denies that any conduct by the Defendant was unlawful.

## Parties

6. The Defendant admits the allegations of Paragraph 6.

7. The Defendant denies the allegations of Paragraph 7.

8. The Defendant has insufficient knowledge to admit or deny the allegations of Paragraph 8 and therefore denies same.

## General Allegations

9. The Defendant admits the allegations of Paragraph 9.

10. The Defendant admits that the Plaintiff was paid by her employer on an hourly basis at times and a salary basis at times and denies the remaining allegations of Paragraph 10.

11. The Defendant denies the allegations of Paragraph 11.

12. The Defendant denies the allegations of Paragraph 12.

13. The Defendant denies the allegations of Paragraph 13.

14. The Defendant denies the allegations of Paragraph 14.

## Count I

15. The Defendant realleges and incorporates by reference herein its response to Paragraphs 1-14 as set forth above.

16. The Defendant admits the allegations of Paragraph 16.

17. The Defendant denies the allegations of Paragraph 17.

18. The Defendant admits the allegations of Paragraph 18.

19. The Defendant admits the allegations of Paragraph 19.

20. The Defendant denies the allegations of Paragraph 20.

21. The Defendant denies the allegations of Paragraph 21.

22. The Defendant denies the allegations of Paragraph 22.

23. The Defendant denies the allegations of Paragraph 23.

24. The Defendant denies the allegations of Paragraph 24.

25. The Defendant denies that plaintiff is entitled to the relief requested in Paragraph 25.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to any of the relief requested and prays therefor that this court enter judgment in its favor and against the Plaintiff herein.

Respectfully submitted,

__s/ Elizabeth B. Glasgow_____
Elizabeth B. Glasgow
ASB-8348-S58E
FARMER, PRICE, HORNSBY
& WEATHERFORD, L.L.P.
Post Office Drawer 2228
Dothan, Alabama 36302
(334) 793-2424

## AFFIRMATIVE DEFENSES

COMES NOW the Defendant, Larry Blumberg and Associates, Inc., through counsel, and for its affirmative defenses to the Plaintiff's Complaint states to the court as follows:

1.  The Complaint fails to state a claim upon which relief can be granted.

2.  The Plaintiff was exempt from the Fair Labor Standards Act during part or all of her employment under one or more of the following recognized exemptions:

    a. The administrative exemption;
    b. The executive exemption;
    c. The combination exemption under 29 CFR Section 541.708.

3.  To avoid waiver, the Defendant pleads that the Plaintiff's claims are barred by the applicable statute of limitations and/or are otherwise untimely under the doctrine of laches.

4.  To avoid waiver, the Defendant pleads that it is not Plaintiff's employer for any relevant purpose herein.

5.  Any damages suffered by the Plaintiff were not caused by any action, conduct or behavior for which the Defendant is or could be liable.

6.  The Defendant, at all times, acted in good faith in the payment of compensation owed to the Plaintiff.

7. The Plaintiff is not entitled to liquidated damages, attorney fees and costs and has not suffered the amount of damages as claimed.

8. The Plaintiff cannot establish a prima facie case for recovery against the Defendants under any legal or applicable theory or cause of action.

9. The plaintiff has failed to mitigate her damages.

10. At the time of the filing of this Answer, the Defendants have neither commenced nor completed discovery in this cause and respectfully reserve the right to amend this Answer at a later date.

Respectfully submitted,

__s/ Elizabeth B. Glasgow_____
Elizabeth B. Glasgow
ASB-8348-S58E
FARMER, PRICE, HORNSBY
& WEATHERFORD, L.L.P.
Post Office Drawer 2228
Dothan, Alabama 36302
(334) 793-2424

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert J. Camp, Esq.
505 North 20th Street, Suite 825
Birmingham, Alabama 35203

__s/ Elizabeth B. Glasgow_____
Of Counsel

5