IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAKEISHA RHODES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 1:07 CV 373 MEF |
| | ) |
| LARRY BLUMBERG & ASSOCIATES, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant, Larry Blumberg & Associates, Inc., states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Respectfully submitted,

__s/ Elizabeth B. Glasgow_____
Elizabeth B. Glasgow
ASB-8348- S58E
Attorney for Defendant
P.O. Box 2228
Dothan, Alabama 36302
(334) 793-2424
F. (334) 793-6624
eglasgow@fphw-law.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Robert J. Camp, Esq.
>505 North 20th Street, Suite 825
>Birmingham, Alabama 35203

                                      __s/ Elizabeth B. Glasgow_____