## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,

| | | |
|---|---|---|
| **Lakeisha Rhodes** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:07 CV 373 MEF |
| | § | |
| **Larry Blumberg and** | § | |
| **Associates, Inc.** | § | |
| | § | |
| Defendant, | § | |
| | § | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on June 25, 2007, and was attended by Robert Camp on behalf of Plaintiff, and Elizabeth Glasgow on behalf of Defendant.

2. **Pre-Discovery Disclosures**. The parties will exchange the information required by Local Rule 26.1(a)(1) within four weeks of filing this report.

3. **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the subjects:

    All claims and defenses of the Plaintiff and the Defendant.

    b.    All discovery commenced in time to be completed by **March 15, 2008.**

    c.    Maximum of **25** interrogatories by each party to any other party without prior approval of the Court. Maximum of **25** requests for production by each party to any other party without prior approval of the Court. (Responses due **30** days after service).

    d.    Maximum of **5** depositions by Plaintiff and **5** by Defendant without the prior approval of the Court.

    e.    Expert testimony: Unless modified by the stipulation of the parties, the disclosure of expert witnesses, including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert are due:

        i.    from **Plaintiff by August 25, 2007**

        ii.    from **Defendant** by **September 25, 2007**

    f.    Electronic discovery: The parties will specify the form in which they request electronic information be produced in their discovery requests. Upon receipt of discovery requests, the responding party will notify the requesting party within 30 days as to any issues relating to the disclosure or discovery of electronically stored information and the parties will work in

good faith to resolve the issues. The parties further agree that if privileged materials are inadvertently produced, the producing party may assert the applicable privilege or protection and obtain the return of the materials without waiver of the applicable privilege or protection.

    g.    Supplementation under Rule 26(e) due no later than **30** days before the close of discovery.

4. **Synopsis of Case**.

Plaintiff alleges that she was denied overtime and denied compensation for all hours worked. Defendant avers that that these allegations are not true.

5. **Other Items.**

    a.    The parties do not request a conference with the Court prior to entry of the Scheduling Order.

    b.    Plaintiff should be allowed until **September 5, 2007** to join additional parties.

    c.    Defendant should be allowed until **October 5, 2007** to join additional parties and to amend the pleadings.

    d.    All potentially dispositive motions should be filed by **March 25, 2008**.

e. The parties are receptive to mediation but do not request Court ordered mediation at this time. The usefulness of Alternative Dispute Resolution procedures cannot be evaluated until the parties exchange initial disclosures and engage in written discovery.

f. The Parties request a pretrial conference in or after **May 2008**.

g. Final lists of trial evidence under Rule 26(a)(3) should be due pursuant to the terms of the pretrial order.

h. Parties should have **14** days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

i. The case should be ready for trial by **June 2008** and at this time is expected to take approximately **2 days**.

Respectfully submitted:   June 25, 2007

                                          *s/Robert J. Camp*
                                          Robert J. Camp
                                          ASB-1864-076C
                                          Attorney for Plaintiff

**OF COUNSEL:**
The Cochran Firm
505 North 20th Street
Suite 825
Birmingham, Alabama 35203
Phone: (205) 244-1115
Fax: (205) 244-1171
Email: rcamp@cochranfirm.com


                                          *s/Elizabeth B. Glasgow*
                                          Elizabeth B. Glasgow
                                          ASB-8348-S58E
                                          Attorney for Defendant

**OF COUNSEL:**
Farmer, Price, Hornsby, Weatherford, L.L.P.
100 Adris Place
Dothan, AL  36303
Phone: (334) 793-2424
Fax: (334) 793-6624
Email: eglasgow@fphw-law.com