IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAKEISHA RHODES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-373 MEF |
| | ) |
| LARRY BLUMBERG & | ) (WO) |
| ASSOCIATES, INC., | ) |
| | ) |
| DEFENDANT. | ) |

**<u>MEMORANDUM OPINION AND ORDER</u>**

This matter is before the Court on the parties' Joint Motion for Approval of Settlement (Doc # 9), filed September 21, 2007, and Joint Motion to Substitute (Doc # 10), filed September 28, 2007.  The parties filed their original Joint Motion for Approval of Settlement on September 21, 2007.  In order to remedy certain technical deficiencies contained in the original motion, the parties filed an amended Joint Motion for Approval of Settlement on September 28, 2007, and moved this Court to substitute the amended motion for the original motion.  The Court finds that the Joint Motion to Substitute is due to be GRANTED.  This Court will therefore consider the Joint Motion for Approval of Settlement as the amended version filed September 28, 2007.  After careful review of the arguments in support of the motion, and the full record in this case, the Court finds that the Joint Motion for Approval of Settlement is due to be GRANTED.

When the parties to an FLSA private claim reach a settlement, the trial court must "'scrutiniz[e] the settlement for fairness' and determine that the settlement is a 'fair and

reasonable resolution of a bona fide dispute over FLSA provisions.'" *Stalnaker v. Novar Corp.*, 293 F. Supp. 2d 1260, 1263 (M.D. Ala. 2003) (Thompson, J.) (quoting *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353, 1355 (11th Cir. 1982)) (internal citations omitted). "If a settlement in an employee FLSA suit does reflect a reasonable compromise over issues, such as FLSA coverage or computation of back wages, that are actually in dispute[,] . . . the district court [may] approve the settlement in order to promote the policy of encouraging settlement of litigation." *Lynn's Food Stores*, 679 F.2d at 1354.

In this case, there are bona fide disputes over FLSA provisions, including the amount of backpay. After reviewing the settlement agreement, this Court concludes that the settlement is a fair and reasonable resolution of these bona fide disputes.

For the foregoing reasons, it is hereby ORDERED that:

(1) The Joint Motion to Substitute (Doc # 10) is GRANTED.

(2) The Joint Motion for Settlement (Doc # 9), as amended, is GRANTED and the settlement is APPROVED.

(3) The parties shall file a joint stipulation of dismissal no later than October 15, 2007.

DONE this 1st day of October, 2007.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE