IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAKEISHA RHODES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 1:07 CV 373 MEF |
| | ) |
| LARRY BLUMBERG & | ) |
| ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Fer.R.Civ.P., the parties hereby stipulate that this action shall

be dismissed with prejudice, each party to bear her or its own costs.

By: _____
Elizabeth B. Glasgow ASB-8348-S58E
Attorney for Defendants

OF COUNSEL:
FARMER, PRICE, HORNSBY
 & WEATHERFORD, L.L.P.
Post Office Drawer 2228
Dothan, Alabama 36302
Tel:    (334) 793-2424
Fax:    (334) 792-6624
Email: eglasgow@fphw-law.com

By: _____
Robert J. Camp ASB-1864-076C
Attorney for Plaintiff

OF COUNSEL:
THE COCHRAN FIRM
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
Tel:    (205) 244-1115
Fax:    (205) 244-1171
Email: rcamp@cochranfirm.com